No. 212. A. GUSMER, INC. *v.* McGRANERY, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Colum-

bia Circuit. Certiorari denied. *Frank R. Bruce* and *A. K. Shipe* for petitioner. *Solicitor General Perlman, Rowland F. Kirks, James D. Hill, George B. Searls* and *Irwin A. Seibel* for respondent.